IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2744-GPG

CLINTON T. ELDRIDGE,

    Plaintiff,

v.

A. OSAGIE, P.A.,
G. SANTINI, M.D.,
F. CORDOVA, P.A.,
P. LAIRD, R.D., and
S. JULIAN, A.W.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On February 10, 2016, the Court issued an Order Directing Plaintiff to File an Amended Complaint within 30 days.  (*See* ECF No. 9).  On February 11, 2016, Plaintiff filed a document titled "Request to Submit in the Record that Defendants P. Laird and A. Santana Was Part Of" (ECF No. 10), which appears to include additional factual allegations against the Defendants.  The request is DENIED because Plaintiff may file an Amended Complaint that complies with the directives of the February 10 Order, includes all factual allegations in support of his claims for relief, and names only the Defendants that Plaintiff wishes to include as parties in the instant action.

    Accordingly, Plaintiff shall have **thirty (30) days from the date of this minute order to file an Amended Complaint that complies with the directives in this minute order and the February 10 Order.**  Plaintiff is warned that failure to comply will result in dismissal of some or all of this action without further notice.

Dated:  February 16, 2016